**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHNSON | CIVIL ACTION |
| VERSUS | 20-74-SDD-RLB |
| U.S. POSTAL SERVICES | |

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 22, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Complaint* is hereby DISMISSED WITH PREJUDICE as to her claims for lost wages.

**IT IS FURTHER ORDERED** that Plaintiff's *Complaint* (Rec. Doc. 1) is hereby DISMISSED without prejudice as to her tort claims, to the extent said claims have not prescribed, for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana the 19th day of October, 2020.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 17.